AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Federal Trade Commission

CASE: 09CV7423

v.

ASSIGNED JUDGE: JUDGE John F. Grady
MAG. JUDGE Martin C. Ashman

2145183 Ontario Inc., et al.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Michael Falcone
780 Highland Blade Road
Newmarket, Ontario L3X 1P5
CANADA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marissa J. Reich
Federal Trade Commission
55 West Monroe Street, Suite 1825
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE. When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 30 2009
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE December 2, 2009 AT 7:40 PM |
|---|---|
| NAME OF SERVER (PRINT) RAJA TODD | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 780 HIGHLAND BLAD ROAD, NEWMARKET, ONTARIO, L3X 1P3

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ________

☐ Returned unexecuted: ________

☐ Other (specify): ________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on DECEMBER 3, 2009
Date

[signature]
*Signature of Server*

RAJA TODD
365 EVANS AVENUE, UNIT 604
TORONTO, ONTARIO
M8Z 1K2
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.